### Mrs. W. N. Manning, Appellee, v. The Tobey Furniture Company, Appellant.

#### Gen. No. 24,160.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 1, 1918.

### Statement of the Case.

Action of the fourth class by Mrs. W. N. Manning, plaintiff, against The Tobey Furniture Company, a

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

corporation, defendant.  From a judgment for plaintiff, defendant appeals.

Meyer Shapiro, for appellant.

Busch, Liessmann & Roemer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

### Abstract of the Decision.

Appeal and error, § 1752*—*when judgment affirmed for insufficiency of abstract.* Where, on appeal, the abstract, in referring to the result of the hearing, merely states: "Verdict of jury. * * * Judgment on the verdict," without stating the nature of the verdict and judgment, the judgment will be affirmed, pursuant to the rule that the Appellate Court will not search the record for grounds for reversal.

